IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASHA LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>KUAMI KAO,<br><br>    Defendant. | Case No. 21-cv-00108-CRB<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

    On January 7, 2021, Plaintiff Hasha Lawrence sued Defendant Kuami Kao for violations of the Americans with Disabilities Act and California's Unruh Act. See Compl. (dkt. 1). On March 23, 2021, Kao moved to dismiss. See Mot. to Dismiss (dkt. 10). On April 3, 2021, Lawrence filed an amended complaint. See Amend. Compl. (dkt. 16). Given the amended complaint, the Court denies Kao's motion to dismiss the original complaint as moot. See Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015).

    **IT IS SO ORDERED.**

    Dated: April 30, 2021

                                                        CHARLES R. BREYER<br>
                                                        United States District Judge